PAUL J. FISHMAN
UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2700

RECEIVED
AUG 25 2010
AT 8:30 ___6⁰⁰/₀___ M
WILLIAM T. WALSH, CLERK

August 23, 2010

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. WILLIAM H. WALLS |
| PLAINTIFF, | : | CRIMINAL NO. 98-142 |
| v. | : | |
| DANIELLE D. TILLMAN AKA DANIELLE KNIGHT, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 30 day of August, 2010

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE WILLIAM H. WALLS
JUDGE, U.S. DISTRICT COURT